**Electronically Filed**
**Supreme Court**
**SCPW-20-0000708**
**11-DEC-2020**
**01:46 PM**
**Dkt. 6 ODDP**

SCPW-20-0000708

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

DAVID BENNETT GRIFFIN, Petitioner,

vs.

THE HONORABLE CYNTHIA T. TAI,
Judge of the Family Court of the Third Circuit,
State of Hawaiʻi, Respondent Judge,

and

AMPORN NOIHA GRIFFIN, Respondent.

ORIGINAL PROCEEDING
(CASE NO. 3DV171000134K)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Watanabe, assigned by reason of vacancy)

Upon consideration of petitioner David Bennett Griffin's petition for writ of mandamus, filed on November 16, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner, who has an appeal pending in CAAP-20-0000400, fails to demonstrate that he has a clear and indisputable right to the requested relief from this court and has alternative means to seek relief. Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999)

(a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, December 11, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Kathleen N.A. Watanabe